# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYESHA EDENS,** : | |
|       **Plaintiff,** : | |
| : | |
| **v.** : | Civ. No. 21-5126 |
| : | |
| **HEALTHCARE STAT INC.,** : | |
|       **Defendant.** : | |

## O R D E R

**AND NOW**, this 28th day of January, 2022, it is hereby **ORDERED** that:

1. The Case Management Conference scheduled for February 3, 2022 is **CANCELLED**;

2. The **CLERK OF COURT** shall **PLACE** this matter in **SUSPENSE** pending the outcome of the Parties' state court case, <u>Edens v. Healthcare STAT Inc.</u>, Docket No. 211000722 (Pa. Comm. Pleas Ct. Oct. 11, 2021); and

3. Plaintiff shall advise my Chambers within fifteen days of the resolution of the state court case so that this matter may be removed from suspense.

                                                           **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                           Paul S. Diamond, J.